AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

FEB - 4 2020

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lizeth MUSTAFAT-Gonzalez | ) | Case No. M-20-0310-M |
| YOB: 1983 Citizenship: Mexico | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 03, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Did knowingly and intentionally import into the United States approximately 78.7 kilograms of methamphetamine, a schedule II controlled substances, from the United Mexican States. |

This criminal complaint is based on these facts:
SEE ATTACHMENT A

✔ Continued on the attached sheet.

Approved AUSA Mike Mitchell 2/4/20

_____
Complainant's signature

Jesus R. Cuellar, HSI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/4/2020  8:14 am

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Peter E. Ormsby
Printed name and title

## ATTACHMENT A

On February 03, 2020, Lizeth MUSTAFAT-GONZALEZ made entry into the United States through the Anzalduas Port of Entry in Mission, Texas from Mexico driving a 2001 Ford Expedition.

During primary inspection, a Customs and Border Protection (CPB) canine alerted to the outside undercarriage of the vehicle.

During secondary inspection, CBP Officers scanned the vehicle using a Z-Portal/X-Ray machine. Officers observed anomalies in the fuel tank. Officers utilized a scope to inspect the interior of the fuel tank and observed a non-factory wall and compartment within the fuel tank. Officers extracted approximately 76.7 kilograms of a liquid substance which field tested positive for methamphetamine from within the non-factory compartment of the fuel tank. Officers observed the non-factory compartment of the fuel tank taking up a large portion of the fuel tank, therein reducing the amount of space available for the vehicles fuel.

Homeland Security Investigation Task Force Officer (HSI TFO) interviewed MUSTAFAT-GONZALEZ. She stated that she is the registered owner of the vehicle and that she is the only one that drives the vehicle. MUSTAFAT-GONZALEZ stated that she purchased the vehicle from an unknown individual in Reynosa, Mexico. She stated that she went to a government office to register the vehicle under name after she bought the vehicle. MUSTAFAT-GONZALEZ then recanted her statement and stated that it was another individual that registered the vehicle for her.

Upon further investigation of MUSTAFAT-GONZALEZ's border crossing history it revealed she has crossed into the United States from Mexico in the same 2001 Ford Expedition a total of three (3) times since January 17, 2020.